52 A.3d 1202

**Kerry–X (MARSHALL), Petitioner**

**v.**

**DEPARTMENT OF CORRECTIONS, Respondent.**

**No. 102 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 30, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of August, 2012, the Petition for Review and the Motion for Judgment upon Default are **DENIED.**